WILLIAMS ICE CREAM CO., INC., Respondent, v. CHASE NATIONAL BANK and

Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.